# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 22-60636
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
August 1, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Anthony Watson,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CR-41-2

———————————————————————

Before Higginbotham, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:[*]

Anthony Watson, federal prisoner # 18319-043, appeals the denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. Renewing claims raised in the district court, Watson argues that a sentence reduction is in order because he suffers from several medical conditions that make him susceptible to contracting severe COVID-19 and his lack of a

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-60636

pattern of violent behavior suggests that he is not a continued risk of danger to the community.

To the extent Watson's arguments challenge the district court's assessment of the 18 U.S.C. § 3553(a) factors, his arguments amount to no more than a disagreement with the district court's balancing of these factors, which is insufficient to show an abuse of discretion. *See United States v. Chambliss*, 948 F.3d 691, 694 (5th Cir. 2020). Because the district court did not abuse its discretion by denying relief based on its balancing of the Section 3553(a) factors, we need not consider Watson's arguments regarding extraordinary and compelling circumstances. *See United States v. Jackson*, 27 F.4th 1088, 1092–93 & n.8 (5th Cir. 2022); *Ward v. United States*, 11 F.4th 354, 360–62 (5th Cir. 2021).

AFFIRMED.